DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UNITED AUTOMOBILE INSURANCE COMPANY,**
Appellant,

v.

**SOUTH BROWARD HOSPITAL DISTRICT** d/b/a
**MEMORIAL HOSPITAL MIRAMAR** a/a/o
**CAROLINA GONZALEZ RODRIGUEZ,**
Appellee.

No. 4D21-515

[September 30, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Mardi Levey Cohen, Judge; L.T. Case Nos. COCE18-12678 and CACE20-4348.

Michael J. Neimand, Miami, for appellant.

Yasmin Gilinsky of Florida Advocates, Dania Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***